UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | INDICTMENT NO. CR606-01 |
| v. | ) | |
| | ) | |
| WILLIE FREE, | ) | |
| OMAR MIMS, and | ) | |
| BLAIR RHODES | ) | |
| | ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE
## OF DEFENDANTS OMAR MIMS AND BLAIR RHODES

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Georgia hereby dismisses WITHOUT PREJUDICE the defendants, Omar Mims and Blair Rhodes, from this Indictment, and shows that based upon their cooperation in this case, further proceedings against them would not be in the interests of justice.

Respectfully submitted,

EDMUND A. BOOTH, JR.
ACTING UNITED STATES ATTORNEY

Darrin L. McCullough
Assistant United States Attorney

100 Bull Street
Savannah, GA 31401
(912) 652-4422

## LEAVE OF COURT

Leave of Court is GRANTED for the filing of the foregoing dismissal without prejudice.

SO ORDERED, this 2 day of April, 2007.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been delivered to counsel of record by:

\_\_✓\_\_ U.S. Mail addressed to:

> **Rowe Brogdon**
> **Rowe Brogdon, PC**
> **P.O. Box 189**
> **Statesboro, GA 30459**
> **912/764-6668**
> **Fax: 912/764-9907**

> **Charles W. Cook**
> **Law Office of Charles W. Cook, PC**
> **P.O. Box 1540**
> **Vidalia, GA 30474-1540**
> **912-537-1087**
> **Fax: 912-537-1518**

\_\_\_\_\_ Hand delivery; or

\_\_\_\_\_ Facsimile, followed by U.S. Mail.

This 29 day of March, 2007.

EDMUND A. BOOTH, JR.
ACTING UNITED STATES ATTORNEY

Darrin L. McCullough
Assistant United States Attorney
Georgia Bar No. 487011

100 Bull Street
Savannah, GA 31401
(912) 652-4422